CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2011

JULIA C. DUDLEY, CLERK
BY: /s/ 
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| DYTANIA ORLANDO PAYNE,<br>    Petitioner, | Civil Action No. 7:11-cv-00403 |
| v. | **ORDER** |
| HAROLD CLARKE,<br>    Respondent. | By:   Hon. Michael F. Urbanski<br>        United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED**; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 30th day of September, 2011.

/s/ Michael F. Urbanski
United States District Judge